RECEIVED
IN MONROE, LA
MAY 8 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | DOCKET NO. 05-30040-01 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CHARLES SIDNEY MACK, JR. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Vacate, Set Aside, or Reduce Sentence [Doc. No. 52] is hereby **DENIED**.

THUS DONE AND SIGNED this 8 day of May, 2007, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE