RECEIVED
IN MONROE, LA
JUN 29 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 3:05CR30040-01 |
| VERSUS | JUDGE JAMES |
| CHARLES S. MACK, JR | MAGISTRATE JUDGE HAYES |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at __Monroe__, Louisiana, this __28__ Day of __June__, 2007.


_____
Robert G. James
UNITED STATES DISTRICT JUDGE