# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 05-30040-01 |
| VS. | : | JUDGE JAMES |
| CHARLES S. MACK, JR. | : | MAGISTRATE JUDGE HAYES |

## ORDER

The motion for reduction of sentence filed by defendant pursuant to 8 U.S.C. § 3582(c)(2) [doc. no. 72] is hereby STAYED until after March 3, 2008.

THUS DONE AND SIGNED at Monroe, Louisiana, this 31st day of January, 2008.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE