UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. A. NO. 05-30040-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CHARLES SIDNEY MACK, JR. | MAG. JUDGE KAREN L. HAYES |

### ORDER

Pending before the Court is a "Motion Requesting a Hearing on this 3582(c)(2) & Reconsituration [sic] of Sentence on the 18-1, Amendment 750 Crack Law, and the Fair Sentencing Act" [Doc. No. 131] filed by Charles Sidney Mack, Jr. ("Mack"), *pro se*. Mack moves the Court to reduce his sentence based on the Fair Sentencing Act of 2010 and the resulting amendment to the United States Sentencing Guidelines, pursuant to §3582(c)(2).

However, Mack was previously considered for reduction on this basis. After appointing the Federal Public Defender to represent him, the Court issued an Order [Doc. No. 110] on November 1, 2011, stating that it did not intend to reduce his sentence because Mack is serving a statutory minimum sentence of 240 months imprisonment. Thus, the 2011 amendments to the Guidelines do not affect his sentencing range. The Government responded, did not object to the Court's determination, and waived any hearing. Despite an extension of time, Mack, through the Public Defender, did not file any objections. On January 27, 2012, the Court, after fully considering the record, issued an Order [Doc. No. 116] stating that Mack's term of imprisonment would not be reduced and that he would serve the term of imprisonment previously imposed. Mack did not appeal

the Court's March 9, 2012 Order. Although Mack did file a motion for reconsideration [Doc. No. 126], the Court denied that motion on May 16, 2012 [Doc. No. 127].

Now, Mack returns to the Court raising the same or similar arguments that were addressed in the Court's March 9, 2012 Order. He has stated no new basis for a reduction in his statutory minimum term of imprisonment. Accordingly,

IT IS ORDERED that Mack's motion [Doc. No. 131] is DENIED.

MONROE, LOUISIANA, this 13th day of March, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE