UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-30040-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CHARLES SIDNEY MACK, JR. | MAG. JUDGE KAREN L. HAYES |

### ORDER

Upon consideration,

IT IS ORDERED that Defendant's "Motion for Reconsideration, to Appoint Court-Appointed Attorney for Purposes of Sentencing Reduction Pursuant to 18 U.S.C. § 3582(c)(2)" [Doc. No. 145] is DENIED.

MONROE, LOUISIANA, this 14th day of November, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE